IN THE SUPREME COURT OF THE STATE OF NEVADA

THE ENTRUST GROUP FBO
KENNETH RENFROE #52-00056;
AMERICAN TAX CERTIFICATE
EXCHANGE COMPANY; AND PAUL
PAWLIK,

Appellants,

vs.

BANK OF AMERICA, N.A.; AND
RECONTRUST COMPANY, N.A.,

Respondents.

No. 75918

FILED

FEB 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Linda Marie Bell, Chief Judge
William C. Turner, Settlement Judge
Walsh, Baker & Rosevear, P.C.
Akerman LLP/Las Vegas
Eighth District Court Clerk

19-08280